UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANT T. PRATT, | No. C 13-4557 SI (pr) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| B. HEDRICK; et al., | |
| Defendants. | |

Ryant T. Pratt, filed this *pro se* civil rights action under 42 U.S.C. § 1983. The court found that, liberally construed, the complaint stated a cognizable due process claim against three defendants for due process violations during the disciplinary proceedings on a CDC-115 for battery on an inmate on June 18, 2013. Defendants have moved to dismiss the action as barred by the rule from *Heck v. Humphrey*, 512 U.S. 477 (1994), and *Edwards v. Balisok*, 520 U.S. 641, 648 (1997).

Plaintiff has filed a document in which he stated that his legal work was lost by prison officials at his new prison and that he needs additional time to file his opposition to the motion. Docket # 16. Upon due consideration, the court will GRANT plaintiff's request (Docket # 16), order defendants to send replacement copies of the pertinent documents from this action to plaintiff, and extend the deadline for plaintiff's opposition to defendants' motion to dismiss. Docket # 16. The court now sets the following schedule:

    1.    No later than **January 23, 2015**, defendants must mail to plaintiff a replacement copy of their motion to dismiss and supporting papers, as well as a copy of the complaint (Docket # 1), amended complaint (Docket # 7), and order of service (Docket # 11).

2. No later than **February 27, 2015**, plaintiff must file and serve on defense counsel his opposition to the motion to dismiss.

3. No later than **March 13, 2015**, defendants must file and serve their reply brief, if any.

IT IS SO ORDERED.

Dated: January 13, 2015

_____
SUSAN ILLSTON
United States District Judge