UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANT T. PRATT,<br><br>    Plaintiff,<br><br>   v.<br><br>B. HEDRICK; et al.,<br><br>    Defendants.<br>_____/ | No. C 13-4557 SI (pr)<br><br>**ORDER** |

On December 30, 2014, plaintiff filed a document in which he stated that his legal work was lost by prison officials at his new prison and that he needed additional time to file his opposition to defendants' motion to dismiss. Docket # 16. On January 13, 2015, the court ordered defendants to send to plaintiff replacement copies of certain documents. Docket # 17. Defendants filed a notice of compliance, stating that the requested documents were mailed to plaintiff on January 26, 2015. Docket # 18. Plaintiff mailed his opposition to the motion to dismiss on January 27, 2015, even though the deadline to do so was not until February 27, 2015. Docket # 19. Plaintiff then mailed to the court a letter dated February 2, 2015 complaining that he had not received the replacement documents defendants supposedly had mailed to him on January 26, 2015. Docket # 20. The court will take further steps to be sure plaintiff has a copy of the motion to dismiss so that he may file a supplement to his opposition to the motion to dismiss if he wishes to do so. Accordingly,

1. No later than **March 9, 2015**, defendants must mail to plaintiff a replacement copy of their motion to dismiss and supporting papers (Docket # 14 - # 15), as well as a copy of the complaint (Docket # 1), amended complaint (Docket # 7), and order of service (Docket # 11). In the alternative to sending a second replacement copy of these documents, defendants may file a copy of plaintiff's prison mail log if it shows that an envelope from them to plaintiff was delivered to plaintiff on or after January 26, 2015.

2. No later than **April 3, 2015**, plaintiff must file and serve on defense counsel any supplement to his opposition to the motion to dismiss.

3. No later than **April 17, 2015**, defendants must file and serve their reply brief, if any.

IT IS SO ORDERED.

Dated: February 27, 2015

_____
SUSAN ILLSTON
United States District Judge